IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| JAMES LAMAR BLAKELY, On Behalf of Himself and Others Similarly Situated, | ) ) ) ) | Civil Action No. 2:13-cv-01364-PMD |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| BERKELEY COUNTY, | ) ) | |
| Defendant. | ) | |

ORDER GRANTING
JOINT MOTION FOR SETTLEMENT APPROVAL

The Court, having received the parties' Joint Motion for Settlement Approval submitted jointly by the parties, hereby ORDERS that the Joint Motion for Settlement Approval is GRANTED (including the request for attorneys' fees and costs), and this matter is hereby DISMISSED WITH PREJUDICE.

PATRICK MICHAEL DUFFY
United States District Judge

October 15, 2014
Charleston, South Carolina